UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:20-cr-395-4 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| ASHLEY NICHOLE ADAMSON, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge Amanda M. Knapp Report and Recommendation that the Court ACCEPT the plea of guilty of defendant Ashley Nichole Adamson and enter a finding of guilty against defendant. (Doc. No. 162.)

On July 23, 2020, the government filed an Indictment against defendant. (Doc. No. 1.) On June 16, 2022, this Court issued an order assigning this case to Magistrate Judge Knapp for the purpose of receiving defendant's guilty plea. (Doc. No. 134.)

On July 7, 2022, a hearing was held in which defendant entered a plea of guilty to Count 1 of the Indictment, charging her with Conspiracy to Commit Mail Fraud and Wire Fraud, in violation of 18 U.S.C. Section 1349. Magistrate Judge Knapp received defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 162.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED.

Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that she understands her constitutional rights, that she is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of Count 1. The sentencing will be held on November 7, 2022 at 12:00 p.m.

**IT IS SO ORDERED**.

Dated: September 2, 2022

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**